# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **AARON GROSS,** | 2:23-CV-10757-TGB-DRG |
| Plaintiff, | |
| vs. | |
| **WARDEN NAGY, ET AL,** | |
| Defendants. | |

## JUDGMENT

In accordance with the Opinion and Order issued on this date,

**IT IS ORDERED** that the complaint is **DISMISSED.**

Dated at Detroit, Michigan: October 24, 2023

                                           KINIKIA ESSEX
                                           CLERK OF THE COURT

                                           s/A. Chubb
                                           Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE